| **TJU Hospitals, Inc.**<br>111 S. 11th Street<br>Philadelphia, PA  19107-5587 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | HBI-TJH Biweekly<br>06/19/2022<br>07/02/2022 | Business Unit:<br>Advice #:<br>Advice Date: | 233<br>**000000010697493**<br>07/08/2022 |
|---|---|---|---|---|

| | | | **TAX DATA:** | **Federal** | **PA State** |
|---|---|---|---|---|---|
| **Christine Stanfield**<br>1003 Balley Drive<br>Phoenixville, PA  19460 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 000141376<br>23370056-Home Infusion Services<br>3500 Horizon Drive<br>RN Home Infusion<br>$44.293300 Hourly | Marital Status:<br>Allowances:<br>Addl. Pct:<br>Addl. Amt: | H-of-H<br>0 | Single<br>0 |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| Regular | 44.293300 | 34.08 | 1,509.52 | 898.83 | 39,701.02 |
| TimeOffSch | 44.293300 | 33.80 | 1,497.11 | 161.27 | 7,054.55 |
| Holiday | 44.293300 | 8.00 | 354.35 | 32.00 | 1,393.38 |
| FLSART ADJ | | | 0.00 | | 5.47 |
| TimeOffUsc | | | 0.00 | 16.00 | 708.70 |
| Hol Prem | | | 0.00 | 8.00 | 345.81 |
| Hol Worked | | | 0.00 | 16.00 | 691.63 |
| On Call | | | 0.00 | | 57.47 |
| Call InPrm | | | 0.00 | 0.62 | 41.19 |
| Overtime | | | 0.00 | 32.64 | 2,168.60 |
| Shift Diff | | | 0.00 | | 120.05 |
| **TOTAL:** | | **75.88** | **3,360.98** | **1,165.36** | **52,287.87** |

### TAXES

| **Description** | **Current** | **YTD** |
|---|---|---|
| Fed Withholdng | 141.95 | 3,133.17 |
| Fed MED/EE | 47.01 | 734.00 |
| Fed OASDI/EE | 201.01 | 3,138.50 |
| PA Unempl EE | 2.01 | 31.37 |
| PA Withholdng | 98.74 | 1,543.05 |
| PA UPPER MERION TWP | 32.16 | 502.61 |
| **TOTAL:** | **522.88** | **9,082.70** |

### BEFORE-TAX DEDUCTIONS

| **Description** | **Current** | **YTD** |
|---|---|---|
| Medical | 111.88 | 1,566.32 |
| Dental | 17.41 | 243.74 |
| FSA Health | 15.38 | 215.38 |
| DC Pension | 33.61 | 495.47 |
| **TOTAL:** | **178.28** | **2,520.91** |

### AFTER-TAX DEDUCTIONS

| **Description** | **Current** | **YTD** |
|---|---|---|
| Life Ins. | 2.66 | 37.04 |
| Suppl AD/D | 1.71 | 23.81 |
| Sp Life | 4.43 | 62.02 |
| Spouse ADD | 1.38 | 19.32 |
| DepLfChild | 1.17 | 16.38 |
| DepChADD | 0.28 | 3.92 |
| Suppl STD | 12.97 | 180.71 |
| Suppl LTD | 9.21 | 128.32 |
| **TOTAL:** | **33.81** | **471.52** |

### EMPLOYER PAID BENEFITS

| **Description** | **Current** | **YTD** |
|---|---|---|
| Life Ins.* | 1.79 | 24.76 |
| EE STD* | 16.75 | 234.50 |
| Basic LTD* | 7.12 | 99.20 |
| *TAXABLE | | |

| | **TOTAL GROSS** | **FED TAXABLE GROSS** | **TOTAL TAXES** | **TOTAL DEDUCTIONS** | **NET PAY** |
|---|---|---|---|---|---|
| Current | 3,360.98 | 3,208.36 | 522.88 | 212.09 | 2,626.01 |
| YTD | 52,287.87 | 50,125.42 | 9,082.70 | 2,992.43 | 40,212.74 |

### NET PAY DISTRIBUTION

| | **Account Type** | **Deposit Amount** |
|---|---|---|
| Advice #000000010697493 | Checking | $2,626.01 |
| **TOTAL:** | | **$2,626.01** |

**MESSAGE:**

---

**TJU Hospitals, Inc.**  
111 S. 11th Street  
Philadelphia, PA  19107-5587

**Date: 07/08/2022**           **Advice No. 10697493**

**Deposit Amount:**   **$2,626.01**

**To The Account Of**

**CHRISTINE STANFIELD**  
1003 Balley Drive  
Phoenixville, PA  19460

Location: 3500 Horizon Drive

## NON-NEGOTIABLE

| **TJU Hospitals, Inc.**<br>111 S. 11th Street<br>Philadelphia, PA 19107-5587 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | HBI-TJH Biweekly<br>07/03/2022<br>07/16/2022 | Business Unit:<br>Advice #:<br>Advice Date: | 233<br>000000010746250<br>07/22/2022 |
|---|---|---|---|---|

| | | | **TAX DATA:** | **Federal** | **PA State** |
|---|---|---|---|---|---|
| **Christine Stanfield**<br>1003 Balley Drive<br>Phoenixville, PA 19460 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 000141376<br>23370056-Home Infusion Services<br>3500 Horizon Drive<br>RN Home Infusion<br>$44.293300 Hourly | Marital Status:<br>Allowances:<br>Addl. Pct:<br>Addl. Amt: | H-of-H<br>0 | Single<br>0 |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| Regular | 44.293300 | 71.50 | 3,166.97 | 970.33 | 42,867.99 |
| FLSART ADJ | | | 23.24 | | 28.71 |
| Hol Prem | 44.293300 | 4.25 | 188.25 | 12.25 | 534.06 |
| Hol Worked | 44.293300 | 8.50 | 376.49 | 24.50 | 1,068.12 |
| Shift Diff | | | 34.18 | | 154.23 |
| Overtime | 66.440264 | 15.15 | 1,006.57 | 47.79 | 3,175.17 |
| TimeOffSch | | | 0.00 | 161.27 | 7,054.55 |
| TimeOffUsc | | | 0.00 | 16.00 | 708.70 |
| Holiday | | | 0.00 | 32.00 | 1,393.38 |
| On Call | | | 0.00 | | 57.47 |
| Call InPrm | | | 0.00 | 0.62 | 41.19 |
| **TOTAL:** | | **99.40** | **4,795.70** | **1,264.76** | **57,083.57** |

### TAXES

| **Description** | **Current** | **YTD** |
|---|---|---|
| Fed Withholdng | 466.55 | 3,599.72 |
| Fed MED/EE | 67.81 | 801.81 |
| Fed OASDI/EE | 289.95 | 3,428.45 |
| PA Unempl EE | 2.88 | 34.25 |
| PA Withholdng | 142.79 | 1,685.84 |
| PA UPPER MERION TWP | 46.51 | 549.12 |
| **TOTAL:** | **1,016.49** | **10,099.19** |

### BEFORE-TAX DEDUCTIONS

| **Description** | **Current** | **YTD** |
|---|---|---|
| Medical | 111.88 | 1,678.20 |
| Dental | 17.41 | 261.15 |
| FSA Health | 15.39 | 230.77 |
| DC Pension | 35.43 | 530.90 |
| **TOTAL:** | **180.11** | **2,701.02** |

### AFTER-TAX DEDUCTIONS

| **Description** | **Current** | **YTD** |
|---|---|---|
| Life Ins. | 2.66 | 39.70 |
| Suppl AD/D | 1.71 | 25.52 |
| Sp Life | 4.43 | 66.45 |
| Spouse ADD | 1.38 | 20.70 |
| DepLfChild | 1.17 | 17.55 |
| DepChADD | 0.28 | 4.20 |
| Suppl STD | 12.97 | 193.68 |
| Suppl LTD | 9.21 | 137.53 |
| **TOTAL:** | **33.81** | **505.33** |

### EMPLOYER PAID BENEFITS

| **Description** | **Current** | **YTD** |
|---|---|---|
| Life Ins.* | 1.79 | 26.55 |
| EE STD* | 16.75 | 251.25 |
| Basic LTD* | 7.12 | 106.32 |
| *TAXABLE | | |

| | **TOTAL GROSS** | **FED TAXABLE GROSS** | **TOTAL TAXES** | **TOTAL DEDUCTIONS** | **NET PAY** |
|---|---|---|---|---|---|
| Current | 4,795.70 | 4,641.25 | 1,016.49 | 213.92 | 3,565.29 |
| YTD | 57,083.57 | 54,766.67 | 10,099.19 | 3,206.35 | 43,778.03 |

### NET PAY DISTRIBUTION

| | **Account Type** | **Deposit Amount** |
|---|---|---|
| Advice #000000010746250 | Checking | $3,565.29 |
| **TOTAL:** | | **$3,565.29** |

**MESSAGE:**

---

**TJU Hospitals, Inc.**  
111 S. 11th Street  
Philadelphia, PA 19107-5587

**Date: 07/22/2022**   **Advice No. 10746250**

**Deposit Amount:**   **$3,565.29**

**To The Account Of**

**CHRISTINE STANFIELD**  
1003 Balley Drive  
Phoenixville, PA 19460  
Location: 3500 Horizon Drive

# NON-NEGOTIABLE

**TJU Hospitals, Inc.**
111 S. 11th Street
Philadelphia, PA  19107-5587

| | |
|---|---|
| Pay Group: | HBI-TJH Biweekly |
| Pay Begin Date: | 07/17/2022 |
| Pay End Date: | 07/30/2022 |

| | |
|---|---|
| Business Unit: | 233 |
| Advice #: | 000000010784271 |
| Advice Date: | 08/05/2022 |

**Christine Stanfield**
1003 Balley Drive
Phoenixville, PA  19460

| | |
|---|---|
| Employee ID: | 000141376 |
| Department: | 23370056-Home Infusion Services |
| Location: | 3500 Horizon Drive |
| Job Title: | RN Home Infusion |
| Pay Rate: | $44.293300 Hourly |

**TAX DATA:**

| | Federal | PA State |
|---|---|---|
| Marital Status: | H-of-H | Single |
| Allowances: | 0 | 0 |
| Addl. Pct: | | |
| Addl. Amt: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| Regular | 44.293300 | 80.00 | 3,543.46 | 1,050.33 | 46,411.45 |
| FLSART ADJ | | | 1.12 | | 29.83 |
| Shift Diff | | | 12.50 | | 166.73 |
| Overtime | 66.440236 | 11.88 | 789.31 | 59.67 | 3,964.48 |
| TimeOffSch | | | 0.00 | 161.27 | 7,054.55 |
| TimeOffUsc | | | 0.00 | 16.00 | 708.70 |
| Holiday | | | 0.00 | 32.00 | 1,393.38 |
| Hol Prem | | | 0.00 | 12.25 | 534.06 |
| Hol Worked | | | 0.00 | 24.50 | 1,068.12 |
| On Call | | | 0.00 | | 57.47 |
| Call InPrm | | | 0.00 | 0.62 | 41.19 |
| **TOTAL:** | | **91.88** | **4,346.39** | **1,356.64** | **61,429.96** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 358.72 | 3,958.44 |
| Fed MED/EE | 61.30 | 863.11 |
| Fed OASDI/EE | 262.10 | 3,690.55 |
| PA Unempl EE | 2.61 | 36.86 |
| PA Withholdng | 128.99 | 1,814.83 |
| PA UPPER MERION TWP | 42.02 | 591.14 |
| **TOTAL:** | **855.74** | **10,954.93** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical | 111.88 | 1,790.08 |
| Dental | 17.41 | 278.56 |
| FSA Health | 15.38 | 246.15 |
| DC Pension | 35.43 | 566.33 |
| **TOTAL:** | **180.10** | **2,881.12** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Life Ins. | 2.66 | 42.36 |
| Suppl AD/D | 1.71 | 27.23 |
| Sp Life | 4.43 | 70.88 |
| Spouse ADD | 1.38 | 22.08 |
| DepLfChild | 1.17 | 18.72 |
| DepChADD | 0.28 | 4.48 |
| Suppl STD | 12.97 | 206.65 |
| Suppl LTD | 9.21 | 146.74 |
| **TOTAL:** | **33.81** | **539.14** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Life Ins.* | 1.79 | 28.34 |
| EE STD* | 16.75 | 268.00 |
| Basic LTD* | 7.12 | 113.44 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 4,346.39 | 4,191.95 | 855.74 | 213.91 | 3,276.74 |
| YTD | 61,429.96 | 58,958.62 | 10,954.93 | 3,420.26 | 47,054.77 |

## NET PAY DISTRIBUTION

| | Account Type | Deposit Amount |
|---|---|---|
| Advice #000000010784271 | Checking | $3,276.74 |
| **TOTAL:** | | **$3,276.74** |

**MESSAGE:**

---

**TJU Hospitals, Inc.**
111 S. 11th Street
Philadelphia, PA  19107-5587

**Date: 08/05/2022**         **Advice No. 10784271**

**Deposit Amount:**   **$3,276.74**

**To The Account Of**

**CHRISTINE STANFIELD**
1003 Balley Drive
Phoenixville, PA  19460
Location: 3500 Horizon Drive

## NON-NEGOTIABLE

| **TJU Hospitals, Inc.**<br>111 S. 11th Street<br>Philadelphia, PA  19107-5587 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | HBI-TJH Biweekly<br>07/31/2022<br>08/13/2022 | Business Unit:<br>Advice #:<br>Advice Date: | 233<br>**000000010834009**<br>08/19/2022 |
|---|---|---|---|---|

| | | | **TAX DATA:** | **Federal** | **PA State** |
|---|---|---|---|---|---|
| **Christine Stanfield**<br>1003 Balley Drive<br>Phoenixville, PA  19460 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 000141376<br>23370056-Home Infusion Services<br>3500 Horizon Drive<br>RN Home Infusion<br>$44.293300 Hourly | Marital Status:<br>Allowances:<br>Addl. Pct:<br>Addl. Amt: | H-of-H<br>0 | Single<br>0 |

### HOURS AND EARNINGS

| | | **Current** | | **YTD** | |
|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| Regular | 44.293300 | 40.00 | 1,771.73 | 1,090.33 | 48,183.18 |
| TimeOffSch | 44.293300 | 30.45 | 1,348.73 | 191.72 | 8,403.28 |
| Holiday | 44.293300 | 8.00 | 354.35 | 40.00 | 1,747.73 |
| Overtime | 66.437788 | 2.17 | 144.17 | 61.84 | 4,108.65 |
| FLSART ADJ | | | 0.00 | | 29.83 |
| TimeOffUsc | | | 0.00 | 16.00 | 708.70 |
| Hol Prem | | | 0.00 | 12.25 | 534.06 |
| Hol Worked | | | 0.00 | 24.50 | 1,068.12 |
| On Call | | | 0.00 | | 57.47 |
| Call InPrm | | | 0.00 | 0.62 | 41.19 |
| Shift Diff | | | 0.00 | | 166.73 |
| **TOTAL:** | | **80.62** | **3,618.98** | **1,437.26** | **65,048.94** |

### TAXES

| **Description** | **Current** | **YTD** |
|---|---|---|
| Fed Withholdng | 198.45 | 4,156.89 |
| Fed MED/EE | 50.75 | 913.86 |
| Fed OASDI/EE | 216.99 | 3,907.54 |
| PA Unempl EE | 2.17 | 39.03 |
| PA Withholdng | 106.66 | 1,921.49 |
| PA UPPER MERION TWP | 34.74 | 625.88 |
| **TOTAL:** | **609.76** | **11,564.69** |

### BEFORE-TAX DEDUCTIONS

| **Description** | **Current** | **YTD** |
|---|---|---|
| Medical | 111.88 | 1,901.96 |
| Dental | 17.41 | 295.97 |
| FSA Health | 15.39 | 261.54 |
| DC Pension | 34.75 | 601.08 |
| **TOTAL:** | **179.43** | **3,060.55** |

### AFTER-TAX DEDUCTIONS

| **Description** | **Current** | **YTD** |
|---|---|---|
| Life Ins. | 2.66 | 45.02 |
| Suppl AD/D | 1.71 | 28.94 |
| Sp Life | 4.43 | 75.31 |
| Spouse ADD | 1.38 | 23.46 |
| DepLfChild | 1.17 | 19.89 |
| DepChADD | 0.28 | 4.76 |
| Suppl STD | 12.97 | 219.62 |
| Suppl LTD | 9.21 | 155.95 |
| **TOTAL:** | **33.81** | **572.95** |

### EMPLOYER PAID BENEFITS

| **Description** | **Current** | **YTD** |
|---|---|---|
| Life Ins.* | 1.79 | 30.13 |
| EE STD* | 16.75 | 284.75 |
| Basic LTD* | 7.12 | 120.56 |
| *TAXABLE | | |

| | **TOTAL GROSS** | **FED TAXABLE GROSS** | **TOTAL TAXES** | **TOTAL DEDUCTIONS** | **NET PAY** |
|---|---|---|---|---|---|
| Current | 3,618.98 | 3,465.21 | 609.76 | 213.24 | 2,795.98 |
| YTD | 65,048.94 | 62,423.83 | 11,564.69 | 3,633.50 | 49,850.75 |

### NET PAY DISTRIBUTION

| | **Account Type** | **Deposit Amount** |
|---|---|---|
| Advice #000000010834009 | Checking | $2,795.98 |
| **TOTAL:** | | **$2,795.98** |

**MESSAGE:**

---

**TJU Hospitals, Inc.**  **Date: 08/19/2022**  **Advice No. 10834009**
111 S. 11th Street
Philadelphia, PA  19107-5587

**Deposit Amount:**   $2,795.98

**To The Account Of**

**CHRISTINE STANFIELD**
1003 Balley Drive
Phoenixville, PA  19460

Location: 3500 Horizon Drive

# NON-NEGOTIABLE