# THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Christine Stanfield, | : | Chapter 13 |
| Debtor | : | Case No.:  22-12489-mdc |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed First Amended Chapter 13 Plan dated and docketed October 18, 2022 was forwarded to the following parties, as follows:

*Via First Class USPS Mail on October 18, 2022:*

Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Abel Marin, Bankr. Rep.
Santander Consumer USA, Inc.
P.O. Box 961245
Fort Worth, TX 76161-1245

All other creditors on the mailing matrix not otherwise notified by ECF

*Via Electronic Filing (ECF) on October 18, 2022:*

Brian Craig Nicholas, Esquire on behalf of Moria Development Inc. dba Peoples Mortgage
bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Kenneth E. West, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                                          **ROSS, QUINN & PLOPPERT, P.C.**

|  |  |  |
|---|---|---|
|  | By: | */s/ Joseph Quinn* |
|  |  | Joseph Quinn, Esquire |
|  |  | 192 S. Hanover Street, Suite 101 |
|  |  | Pottstown, PA 19464 |
|  |  | T: 610.323.5300 |
|  |  | F: 610.323.6081 |
|  |  | jquinn@rqplaw.com |
| Date: October 18, 2022 |  | Counsel for Debtor |