THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Christine Stanfield, | : | Chapter 13 |
| Debtor | : | Case No.: 22-12489-mdc |

CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed Second Amended Chapter 13 Plan dated and docketed November 21, 2022 was forwarded to the following parties, as follows:

*Via First Class USPS Mail on November 21, 2022:*

Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Abel Marin, Bankr. Rep.
Santander Consumer USA, Inc.
P.O. Box 961245
Fort Worth, TX 76161-1245

All other creditors on the attached mailing matrix not otherwise notified by ECF

*Via Electronic Filing (ECF) on November 21, 2022:*

Brian Craig Nicholas, Esquire on behalf of Moria Development Inc. dba Peoples Mortgage
bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Kenneth E. West, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

1

**ROSS, QUINN & PLOPPERT, P.C.**

By: _____
Joseph Quinn, Esquire
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
jquinn@rqplaw.com
Counsel for Debtor

Date: <u>November 21, 2022</u>

```
Label Matrix for local noticing            Ally Bank, c/o AIS Portfolio Services, LLC    Synchrony Bank
0313-2                                     4515 N Santa Fe Ave. Dept. APS                c/o PRA Receivables Management, LLC
Case 22-12489-mdc                          Oklahoma City, OK 73118-7901                  PO Box 41021
Eastern District of Pennsylvania                                                         Norfolk, VA 23541-1021
Philadelphia
Mon Nov 21 17:21:47 EST 2022

Philadelphia                               Ally Bank                                     Ally Financial
900 Market Street                          AIS Portfolio Services, LLC                   Attn: Bankruptcy
Suite 400                                  4515 N Santa Fe Ave. Dept. APS                Po Box 380901
Philadelphia, PA 19107-4233                Oklahoma City, OK 73118-7901                  Bloomington, MN 55438-0901


American Express National Bank             Amex                                          Avant
c/o Becket and Lee LLP                     Correspondence/Bankruptcy                     Attn: Bankruptcy
PO Box 3001                                Po Box 981540                                 Po Box 9183380
Malvern  PA 19355-0701                     El Paso, TX 79998-1540                        Chicago, IL 60691-3380


(p)BRYANT STATE BANK                       Capital One                                   Capital One N.A.
ATTN BANKRYPTCY                            Attn: Bnakruptcy                              4515 N Santa Fe Ave
1500 S HIGHLINE AVE                        P.O. Box 30285                                Oklahoma City, OK 73118-7901
SIOUX FALLS SD 57110-1003                  Salt Lake City, UT 84130-0285


CardWorks                                  (p)CENLAR FSB                                 (p)JPMORGAN CHASE BANK  N A
Attn: Bankruptcy                           425 PHILLIPS BLVD                             BANKRUPTCY MAIL INTAKE TEAM
Po Box 9201                                EWING NJ 08618-1430                           700 KANSAS LANE FLOOR 01
Old Bethpage, NY 11804-9001                                                              MONROE LA 71203-4774


Citadel Credit Union                       Citadel FCU                                   Comenity Bank/Overstock
ATTN: Collections                          Attn: Bankruptcy                              Attn: Bankruptcy
520 Eagleview Blvd                         520 Eagleview Blvd                            Po Box 182125
Exton, PA 19341-1119                       Exton, PA 19341-1119                          Columbus, OH 43218-2125


Comenity Bank/Victoria Secret              Comenity bank/J Crew                          Comenity/Cosmo Prof
Attn: Bankruptcy                           Attn: Bankruptcy                              Attn: Bankruptcy
Po Box 182125                              Po Box 182125                                 Po Box 182125
Columbus, OH 43218-2125                    Columbus, OH 43218-2125                       Columbus, OH 43218-2125


Credit One Bank                            Discover Bank                                 Discover Financial
Attn: Bankruptcy Department                Discover Products Inc                         Attn: Bankruptcy
Po Box 98873                               PO Box 3025                                   Po Box 3025
Las Vegas, NV 89193-8873                   New Albany, OH  43054-3025                    New Albany, OH 43054-3025


Fedloan                                    (p)FIRST NATIONAL BANK                        (p)FIRST SAVINGS BANK
Attn: Bankruptcy                           ATTN BANKRUPTCY                               ATTN BANKRUPTCY
Po Box 69184                               1500 S HIGHLINE AVE                           1500 S HIGHLINE AVE
Harrisburg, PA 17106-9184                  SIOUX FALLS SD 57110-1003                     SIOUX FALLS SD 57110-1003


Genesis FS Card Services                   JPMorgan Chase Bank, N.A.                     (p)JEFFERSON CAPITAL SYSTEMS LLC
Attn: Bankruptcy                           s/b/m/t Chase Bank USA, N.A.                  PO BOX 7999
Po Box 4477                                c/o Robertson, Anschutz, Schneid,             SAINT CLOUD MN 56302-7999
Beaverton, OR 97076-4401                   Crane & Partners, PLLC
                                           6409 Congress Avenue, Suite 100
                                           Boca Raton, FL 33487-2853
```

| | | |
|---|---|---|
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 |
| Moria Development Inc. dba Peoples Mortgage<br>C/O Brian C. Nicholas, Esq.<br>KML Law Group<br>701 Market Street Suite 5000<br>Philadelphia, PA. 19106-1541 | NAVIENT PC TRUST<br>C/O Navient Solutions, LLC.<br>PO BOX 9640<br>Wilkes-Barre, PA 18773-9640 | NORDSTROM, INC.<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud MN 56302-7999 |
| Navient<br>Attn: Bankruptcy<br>Po Box 9640<br>Wilkes-Barr, PA 18773-9640 | Nordstrom FSB<br>Attn: Bankruptcy<br>Po Box 6555<br>Englewood, CO 80155-6555 | Peoples Mortage C<br>425 Phillips Blvd<br>Ewing, NJ 08618-1430 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Genesis FS Card Services Inc<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| SANTANDER CONSUMER USA INC.<br>P.O. BOX 961245<br>FORT WORTH, TX 76161-0244 | Santander Consumer USA<br>Attn: Bankruptcy<br>Po Box 961245<br>Fort Worth, TX 76161-0244 | Syncb/Old Navy<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Syncb/walmart<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank/Amazon<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony/PayPal Credit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Target Nb<br>C/O Financial & Retail Services<br>Mailstop BT PO Box 9475<br>Minneapolis, MN 55440-9475 |
| United States Trustee<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107-4202 | Upstart Finance<br>Attn: Bankruptcy<br>Po Box 1503<br>San Carlos, CA 94070-7503 | Upstart Network, Inc<br>PO BOX 1931<br>Burlingame, CA 94011-1931 |
| Christine Stanfield<br>1003 Balley Drive<br>Phoenixville, PA 19460-3594 | JOSEPH L QUINN<br>Ross, Quinn & Ploppert, P.C.<br>192 S. Hanover Street<br>Suite 101<br>Pottstown, PA 19464-6096 | KENNETH E. WEST<br>Office of the Chapter 13 Standing Truste<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107-3704 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bryant State Bank<br>Attn: Bankruptcy<br>Po Box 215<br>Bryant, SD 57221 | Cenlar FSB Attn BK Dept<br>425 Phillips Blvd<br>Ewing, NJ 08618 | Chase Card Services<br>Attn: Bankruptcy<br>P.O. 15298<br>Wilmington, DE 19850 |
| First National Bank/Legacy<br>Attn: Bankruptcy<br>Po Box 5097<br>Sioux Falls, SD 57117 | First Savings Bank<br>Attn: Bankruptcy<br>P.O. Box 5019<br>Sioux Falls, SD 57117 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 |
| Macys/fdsb<br>Attn: Bankruptcy<br>9111 Duke Boulevard<br>Mason, OH 45040 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Moria Development Inc. dba Peoples Mortgag | (d)Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | End of Label Matrix<br>Mailable recipients    56<br>Bypassed recipients     2<br>Total                  58 |