# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Christine Stanfield f/k/a Christine Kissell<br>　　　　　　　　　　Debtor(s)<br><br>Moria Development Inc. dba Peoples Mortgage, its successors and/or assigns<br>　　　　　　　　　　Movant<br>　　　　vs.<br><br>Christine Stanfield f/k/a Christine Kissell<br>　　　　　　　　　　Debtor(s)<br><br>Kenneth E. West<br>　　　　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 22-12489 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of Moria Development Inc. dba Peoples Mortgage, which was filed with the Court on or about **October 17, 2022, docket number 14**.

　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　/s/ Denise Carlon, Esq.
　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　Denise Carlon, Esquire
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322

Dated: December 14, 2022