United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 22-12489-mdc

Christine Stanfield  Chapter 13

　　　Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jan 19, 2023 | Form ID: 155 | Total Noticed: 51 |

The following symbols are used throughout this certificate:

**Symbol** **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christine Stanfield, 1003 Balley Drive, Phoenixville, PA 19460-3594 |
| 14726569 | + | Citadel Credit Union, ATTN: Collections, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14722043 | + | Fedloan, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14724505 | + | Moria Development Inc. dba Peoples Mortgage, C/O Brian C. Nicholas, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14722050 | + | Peoples Mortage C, 425 Phillips Blvd, Ewing, NJ 08618-1430 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14722341 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 20 2023 00:38:50 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14737161 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 20 2023 00:38:44 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14722029 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 20 2023 00:37:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14731001 | | Email/PDF: bncnotices@becket-lee.com | Jan 20 2023 00:38:45 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14722030 | + | Email/PDF: bncnotices@becket-lee.com | Jan 20 2023 00:38:51 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14722031 | + | Email/Text: bk@avant.com | Jan 20 2023 00:38:00 | Avant, Attn: Bankruptcy, Po Box 9183380, Chicago, IL 60691-3380 |
| 14722032 | | Email/Text: BNBSB@capitalsvcs.com | Jan 20 2023 00:37:00 | Bryant State Bank, Attn: Bankruptcy, Po Box 215, Bryant, SD 57221 |
| 14736155 | | Email/Text: BKelectronicnotices@cenlar.com | Jan 20 2023 00:37:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 14722033 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 20 2023 00:38:48 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14733730 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 20 2023 00:38:38 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14722034 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 20 2023 00:38:37 | CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14722036 | + | Email/Text: bankruptcycollections@citadelbanking.com | Jan 20 2023 00:38:00 | Citadel FCU, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14722038 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 20 2023 00:37:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14722039 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 20 2023 00:37:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14722037 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 20 2023 00:37:00 | Comenity bank/J Crew, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14722040 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 20 2023 00:37:00 | Comenity/Cosmo Prof, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14722041 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 20 2023 00:38:44 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14722047 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 20 2023 00:38:50 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14724418 |   | Email/Text: mrdiscen@discover.com | Jan 20 2023 00:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14722042 | + | Email/Text: mrdiscen@discover.com | Jan 20 2023 00:37:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14722044 |   | Email/Text: BNSFN@capitalsvcs.com | Jan 20 2023 00:37:00 | First National Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 14722045 |   | Email/Text: BNSFS@capitalsvcs.com | Jan 20 2023 00:37:00 | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls, SD 57117 |
| 14722046 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 20 2023 00:38:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14737217 |   | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 20 2023 00:37:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14722035 |   | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 20 2023 00:38:38 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14730458 | + | Email/Text: RASEBN@raslg.com | Jan 20 2023 00:37:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14731274 |   | Email/PDF: resurgentbknotifications@resurgent.com | Jan 20 2023 00:38:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14727952 |   | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 20 2023 00:38:37 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14725976 |   | Email/PDF: pa_dc_claims@navient.com | Jan 20 2023 00:38:36 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14729646 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 20 2023 00:37:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14722048 | + | Email/PDF: pa_dc_claims@navient.com | Jan 20 2023 00:38:43 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 14722049 | + | Email/Text: bnc@nordstrom.com | Jan 20 2023 00:37:51 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14735936 |   | Email/Text: bnc-quantum@quantum3group.com | Jan 20 2023 00:37:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14730878 |   | Email/Text: bnc-quantum@quantum3group.com | Jan 20 2023 00:37:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14735937 |   | Email/Text: bnc-quantum@quantum3group.com | Jan 20 2023 00:37:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14726657 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 20 2023 00:37:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14722051 | + | Email/Text: enotifications@santanderconsumerusa.com | | |

Case 22-12489-mdc   Doc 35   Filed 01/21/23   Entered 01/22/23 00:30:21   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 19, 2023 | Form ID: 155 | Total Noticed: 51 |

| | | | |
|---|---|---|---|
| | | Jan 20 2023 00:37:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14722052 | + Email/PDF: gecsedi@recoverycorp.com | Jan 20 2023 00:38:49 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14722053 | + Email/PDF: gecsedi@recoverycorp.com | Jan 20 2023 00:38:49 | Syncb/walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14722079 | + Email/PDF: gecsedi@recoverycorp.com | Jan 20 2023 00:38:36 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14722054 | + Email/PDF: gecsedi@recoverycorp.com | Jan 20 2023 00:38:43 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14722055 | + Email/PDF: gecsedi@recoverycorp.com | Jan 20 2023 00:38:36 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14730331 | + Email/Text: bncmail@w-legal.com | Jan 20 2023 00:37:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14722056 | + Email/Text: bncmail@w-legal.com | Jan 20 2023 00:37:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14722057 | + Email/Text: LCI@upstart.com | Jan 20 2023 00:37:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 14729470 | ^ MEBN | Jan 20 2023 00:29:00 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 21, 2023          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Moria Development Inc. dba Peoples Mortgage bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Moria Development Inc. dba Peoples Mortgage bkgroup@kmllawgroup.com |
| JOSEPH L QUINN | on behalf of Debtor Christine Stanfield CourtNotices@rqplaw.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jan 19, 2023 | Form ID: 155 | Total Noticed: 51 |

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Christine Stanfield
    Debtor(s)

Chapter: 13

Bankruptcy No: 22−12489−mdc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this January 19, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Magdeline D. Coleman
Chief Judge ,
United States Bankruptcy Court

33
Form 155