# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>CHRISTINE STANFIELD<br>aka CHRISTINE KISSELL<br><br>　　　　　　　　　　　Debtor<br>~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~<br><br>ALLY BANK<br><br>　　　　　　　　　　　Movant<br><br>　　vs.<br><br>CHRISTINE STANFIELD<br>aka CHRISTINE KISSELL, and<br>CHARLES A STANFIELD III, Codebtor.<br><br>　　　　　　　　　　　Respondents<br>　　　and<br><br>KENNETH E. WEST<br><br>　　　　　　　　　　　Trustee | CHAPTER 13<br><br>CASE NO.: 22-12489-AMC<br><br>STIPULATION RESOLVING ALLY BANK'S MOTION FOR RELIEF FROM AUTOMATIC STAY AND CODEBTOR STAY |

### ORDER APPROVING STIPULATION RESOLVING ALLY BANK'S MOTION FOR RELIEF FROM AUTOMATIC STAY AND CODEBTOR STAY

AND NOW, it is hereby ORDERED

That the Stipulation Resolving Ally Bank's Motion for Relief from Automatic Stay and Co-Debtor Stay is approved.

By the Court, _____
ASHELY M. CHAN
United States Bankruptcy Judge

Dated: Nov. 1, 2024