IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: CHRISTINE STANFIELD ) | |
| **Debtor(s)** ) | |
| ) | CHAPTER 13 |
| SANTANDER BANK, N.A., AS SERVICER ) | |
| FOR SANTANDER CONSUMER USA INC. ) | Case No.: 22-12489 (DJB) |
| **Moving Party** ) | |
| ) | |
| v. ) | **Hearing Date: 7-17-25 at 11:00 AM** |
| ) | |
| CHRISTINE STANFIELD ) | 11 U.S.C. 362 |
| **Respondent(s)** ) | |
| ) | |
| KENNETH E. WEST ) | |
| **Trustee** ) | |

### ORDER MODIFYING THE AUTOMATIC STAY AS TO PERSONAL PROPERTY

Upon the Motion of Santander Bank, N.A., as servicer for Santander Consumer USA Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is modified pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(4) to permit the movant to pursue the movant's rights in the personal property described as a **2018 Tesla Model 3** bearing vehicle identification number 5YJ3E1EB1JF184804 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date: **July 18, 2025**

_____
UNITED STATES BANKRUPTCY JUDGE